1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANTHONY DANIEL GARCIA,                    )          NO. CV 16-2264-BRO (AGR)

                    Petitioner,           )

            v.                            )          JUDGMENT

MARION SPEARMAN, WARDEN,                   )

                    Respondent.           )

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: April 7, 2016

_____
BEVERLY REID O'CONNELL
United States District Judge